```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

<u>Huntington Distribution Finance, Inc.</u>

    v.                                              Case No. 23-cv-524-SM-TSM

<u>Outdoor Performance, LLC</u>
<u>& David Martin Dyer</u>

ORDER

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated May 2, 2024, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    The clerk shall enter a judgment by default and close the case.

    **So Ordered.**

                                                                      _____
                                                                       Steven J. McAuliffe
                                                                       United States District Judge

Date: May 27, 2024

cc:   Counsel of Record
       Outdoor Performance, LLC
       David Martin Dyer